# United States District Court
## Southern District of Georgia

JACOB LEE CALDWELL,

        Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-192
(Formerly CR 117-066)

UNITED STATES OF AMERICA,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 26, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Respondent's Motion to Dismiss is GRANTED, and Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is DISMISSED. Furthermore, Petitioner is DENIED a certificate of appealability in this case and is not entitled to appeal in forma pauperis. Judgment is hereby entered in favor of Respondent. This case stands CLOSED.



03/26/2020
*Date*

Scott L. Poff
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*